**William E. SEIBEL,**

v.

**MARKETPLACE DIRECT, INC.**

No. 07–2003.

United States Court of Appeals,
Third Circuit.

Submitted Under Third Circuit
LAR 34.1(a) March 24, 2008.

Filed: April 28, 2008.

M. Scot Curran, Washington, PA, for
William E. Seibel.

Cheryl L. Esposito, Gigler & Joyal,
Pittsburgh, PA, for Marketplace Direct,
Inc.

Before: McKEE, RENDELL and
TASHIMA *, Circuit Judges.

OPINION

McKEE, Circuit Judge.

Appellant William E. Seibel appeals the
district court's grant of summary judgment in favor of Marketplace Direct Inc.
based on the court's conclusion that Seibel
failed to establish that the employer's stated reasons for terminating him were a
pretext for illegal age discrimination. For
the reasons that follow, we will affirm.

I.

Because we write primarily for the parties, we need not discuss the facts or procedural history of this case. The ADEA
prohibits employers from discriminating
against individuals in hiring, termination,
compensation, or conditions of employment
on the basis of age. 29 U.S.C. § 623(a)(1).
In order to establish a claim under the
ADEA, Seibel must first establish that: 1)
that he is over 40 years of age; 2) qualified
for the position in question; 3) suffered an
adverse employment decision; and 4) was
replaced by a person whose relative youth
creates an inference of job discrimination.
*Keller v. Orix Credit Alliance, Inc.,* 130
F.3d 1101, 1108 (3d Cir.1997) (en banc).
Seibel established a *prima facie* case.

The burden thus shifted to the employer
to produce evidence of a legitimate, nondiscriminatory reason for the adverse action. *Ezold v. Wolf, Block, Schorr & Solis–Cohen,* 983 F.2d 509, 522 (3d Cir.1992).
Once the employer produced such evidence, the burden shifted back to Seibel to
provide sufficient evidence to allow a factfinder to either reject the employer's nondiscriminatory explanation, or believe that
an individious discriminatory reason was
more likely than not a motivating cause of
the employee's discharge ("pretext").
*Fuentes v. Perskie,* 32 F.3d 759, 763–64 (3d
Cir.1994).

Here, Marketplace Directs claims that
Seibel failed to properly perform his work,
did not complete tasks in a timely fashion,
and refused to assist several employees
with computer problems. We agree with
the district court's conclusion that Seibel
did not then produce sufficient evidence of
a pretext for age discrimination. Therefore, he does not meet his burden and
summary judgment is appropriate.

---

* Honorable A. Wallace Tashima, Senior Judge
of the United States Court of Appeals for the

Ninth Circuit, sitting by designation.

## II.

For the reasons above, we will affirm the district court's order granting Appellees summary judgment motion.